**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
            *Plaintiff-Appellee,*

v.                                                      No. 01-4592

SANG MIN LEE, a/k/a Sangmin Lee,
            *Defendant-Appellant.*

Appeal from the United States District Court
for the Eastern District of North Carolina, at Raleigh.
Malcolm J. Howard, District Judge.
(CR-00-71)

Submitted: January 17, 2002

Decided: January 30, 2002

Before WILKINS and KING, Circuit Judges, and
HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

**COUNSEL**

Vaughan S. Winborne, Jr., Raleigh, North Carolina, for Appellant.
John Stuart Bruce, United States Attorney, Anne M. Hayes, Assistant
United States Attorney, David J. Cortes, Assistant United States
Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

---

**OPINION**

PER CURIAM:

Sang Min Lee was convicted by a jury for aiding and abetting armed bank robbery and was sentenced to eighty-seven months incarceration. He appeals on the grounds that the jury's refusal to convict him of conspiracy, count one of the indictment, proves that there is insufficient evidence to support the armed robbery charge. Specifically, Lee argues that the facts upon which the jury relied to find him guilty of armed robbery were rejected by the jury when it found him not guilty of conspiracy.

The Supreme Court has held that a jury's verdict is not reviewable for internal inconsistencies. *United States v. Powell*, 469 U.S. 57, 68-69 (1984). *See also United States v. Love*, 134 F.3d 595, 606 (4th Cir. 1998). Therefore, even if the jury found the facts supported one crime, but not the other, its verdict is granted broad deference. Further, there is sufficient evidence on the record to support Lee's conviction. The Government presented several witnesses who described Lee's role in the crime, from its planning stages to his ultimate arrest, as well as physical evidence connecting Lee to the crime. Therefore, the jury had ample evidence upon which to base its decision.

We affirm Lee's conviction and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*